UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20719 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

VS.

JOHN JAIRO GOMEZ WILLIAM,
    Defendant.
_____/



### ORDER AMENDING JUDGMENT AND COMMITMENT

**THIS MATTER** comes before the Court pursuant to the Government's Motion for Reduction of Sentence Pursuant to Rule 35. (DE 107). A hearing was held on August 26, 2008. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion for reduction of sentence is **GRANTED.** Defendant's previously imposed sentence of 135 months is hereby reduced to **90 months.** It is further

**ORDERED AND ADJUDGED** that all other conditions previously imposed and set forth in the "Judgment in a Criminal Case," filed on or about January 26, 2006, shall remain in full force and effect.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___ day of August, 2008.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

cc:    Attorneys of Record
       U.S. Marshals
       Bureau of Prisons
       U.S. Probation